Jerome L. Grimes
Patient # 128220
Springfield Hospital Center
TRIAL COMPETENCY PROGRAM
6655 Sykesville Road, Solomon A
Sykesville, MD. 21784

# United States District Court
# District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF NH
FILED
2017 JUN 26 A 11:50
17-fp-266

Jerome L. Grimes,
  Plaintiff,

v.   Complaint No.:

(SNHU) South New Hampshire University, (Online + Continuing Education - Student Advising Services And Student Financial Services.)
  Defendants.

Under "42 U.S.C. 1983", "Conspiracy", "Abuse of Authority", "Discrimination Against School Code Title IX, Title III, Title IV, and Title V, 6th Amend., U.S. Constitution for Federal Financial Aid Students Paid Tuition For Guaranteed Education Venue", "Invasion of Privacy With Covert Terror Intent", "Deliberate-Indifference", and "Intimidation", as well as "Professional misconduct in Concert With State Actors And Federal-Litigants", and "Supervisory Negligence"

I. Jurisdiction

This civil complaint is made under "42 U.S.C. 1983", "Conspiracy", "Abuse of Authority Against Professor's Course Syllabus of: March 28, 2017", "Discrimination Against School Code Title IX, Title III, Title IV, and Title V, 6th Amend., U.S. Constitution Violation of Federal Financial Aid Students PAID Tuition 17TR4 Session For Guaranteed Education Rights", "Invasion Of Privacy With Terror Intent Illegal Technology On Human Person, 14th Amend, U.S. Constitution Rights",

(1 of 6)

*[Left margin, vertical:] 187,000.00 will settle for: 83,000.00 within first 90 Days After Service of Summons.*

"State Of New Hampshire Actors' Deliberate Indifference Unjustifiable Premeditated"; "Intimidation From Guaranteed Federal Financial Aid Student Tuition Guaranteed Loan Awarded Until, November, 2017, By The U.S. Department of Education"; "Intimidation From Federal Funded Tuition 17TW4 Course Session Academic Hardship Per, FPT 501 X 4376 Professor's Course Syllabus Guaranteed Rights To An Incomplete 17TW4 Term Grade For Circumstances Not The Fault Of The SNHU Graduate Student", and "Premeditated Professional Misconduct In Concert With Interstate State Actors And Interstate Federal Litigants Likely To Cause Death, Physical Harm, or Substantial Financial And/Or Academic Harm To The Plaintiff". Cognizable claim for which relief can be granted 42 U.S.C. 1983, 6th Amend., U.S. Const., Title IX

✱ II. Plaintiff

The, In Prose, Plaintiff, Jerome L. Grime, Resides at: 440 Friendship Road, Homer, Louisiana 71040 (Pre-911 Pole Address), MAILING ADDRESS: P.O. Box 2433, Eatonville, Florida 32751, Temporary-

(2 of 6)

<u>Mailing Address</u>: Springfield Hospital Center, TRIAL COMPETENCY PROGRAM, Solomon A. Unit, 6655 Sykesville Road, Sykesville, Maryland 21784, Telephone Number: (219) 808-0306 (multijurisdiction cellular), (410) 549-1241 (Temporary) (410) 549-1343 (Temporary).

III. Defendants

The, Defendant, (SNHU) South New-Hampshire University, is doing business at: 2500 N. River Road, Manchester, New Hampshire 03106, Telephone Number: (800) 668-1249 (x2298), School Of Business, Online + Continuing Education Dept., and is LIABLE in Supervisory Capacity for (8) Eight, of its SNHU Advising and Financial Services for Graduate Students EMPLOYEES, situated at: 33 Commercial Street, Manchester, New Hampshire 03101, Telephone Number: (888) 387-0861 (x0483), the Employees identified herein as: Ami Clearly-Trombly (Student Advisor), Andrew Roy (Student Advising Team Lead), Sinviana Scoakta (Student Advising Supervisor)

(3 of 6)

Joseph "Joe" Cappa (Business School Online Executive Director), Michael Newhouse Bailey (Professor Sports Management - FPT501-X4376), Megan (DOE) (Student Financial Services Supervisor), Douglas "Doug" (DOE) (Student Financial Services Counselor), and Christian (DOE) (female) (Student Financial Services Team Lead). (SEE: 1959 Telephone Records (pursuant The Patriot Act) → Of Defendants And Previous Lawsuits COINCIDENCE.)

IV. Causes of Action

On numerous occassions beyond grievances, appeals, and telephonic candid conversations the State Actor Defendants "ALL" violated the Title II, IV, V, and IX of the School Code of Discrimination, Intimidation, and Deliberate Unprofessional misconduct Indifference violations of the 6th Amendment Rights, U.S. Constitution while Receiving the In Pro Se, Plaintiff's U.S. Dept of Edu Federal Guaranteed Financial Aid Graduate Student Loans Tuition Payment In-Full for School Term 17TW4 Session for Course FPT501-X4376 Sports Management, from April 03, 2017 -to- June 09, 2017, with Professor (Culpable) Michael Newhouse-Bailey.

[COINCIDENCES]

[SEE: 1959 Telephone Records, pursuant The Patriot Act.]

## V. PREVIOUS LAWSUITS [CCSF]

1. Jerome L. Grimes -v.- Nathaniel "Nathan" Johnson
   U.S. Dist. Ct., Northern Dist. of California Et., al.,
   Civil Complaint No.: C86-5203

2. Jerome L. Grimes -v.- Karina Dixon, et., al.,
   U.S. Dist. Ct., District of Maryland
   Civil Complaint No.: 8:17-CV-_____ 8:17-CV-1480 and

3. Jerome L. Grimes -v.- Officer Farmer #_____
   U.S. Dist. Ct., District of Maryland Et., al.,
   Civil Complaint No.: PX-16-CV-_____, and
   8:17-CV-_____

4. Jerome L. Grimes -v.- Officer Roman #5595,
   U.S. Dist. Ct., Dist. of Maryland Et., al.,
   ✱ Civil Complaint No.: 8:17-CV-_____

5. Jerome L. Grimes -v.- UWF Officer Files #_____
   U.S. Dist. Ct., Northern Dist. of FL., Et., al.,
   Civil Complaint No.: 17-CV-_____, and
   6:17-CV-1005-ORl (Middle Dist. of FL)

6. Jerome L. Grimes -v.- Manheim Automobile Auction
   U.S. Dist. Ct., Middle Dist. of FL.
   Civil Complaint No.: 6:15-CV-_____-ORl, and
   6:17-CV-_____-ORl

7. Jerome L. Grimes -v.- Mr. Williams CVS, et., al.
   U.S. Dist. Ct., Dist. of Kentucky
   Civil Complaint No.: 15-CV-_____

(5 of 6)

Jerome L. Grimes -v.- Pik Choi, (aka: Patrick Chan)
U.S. Dist. Ct., Northern Dist. of Calif.
Civil Complaint No.: <u>C10-80011 MISC</u>, and <u>C11-80162 MISC</u>.

Jerome L. Grimes -v.- A Plus Towing + Recovery
U.S. Dist. Ct., Middle Dist. of FL.
Civil Complaint No.: 6:17-CV-____-Orl, and 17-CV-____
(Northern Dist. of FL.)

## VI. Remedy Exhausted

A diversified group of individuals interstate multijurisdiction in concert have entered these institutions to try and obtain immunity from prosecution WHEN not IF they get caught for their crazy, coincidental, and cooky international covert ~~terrorisms~~ terrorisms, and it is a known fact that these individual strangers amongst us will NEVER admit to a conspiracy.

## VII. Relief Requested

An expedited injunction action preventing State Actors continued employment in the U.S. Department of Education and Universities School System, pursuant The Patriot Lie Detector Test, ~~Defendants~~ current Colleges and ~~Universities~~ Campuses pursuant The Patriot Act Covert Terrorism
Damages: $187,000.°° (One Hundred And Eighty Seven Thousand Dollars) Discrimination, and Intimidation

I declare under the penalty of perjury

Under the laws of the United States of America, the true and correct.
Dated: June 17, 2017
Jerome L. Grimes, Jerome L. Grimes, Plaintiff In Pro Se.