UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jerome L. Grimes

    v.                     Case No. 17-cv-266-SM

Southern New Hampshire University


O R D E R

No objection having been filed, I herewith approve the Superseding Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 31, 2017, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Mr. Grimes's complaint and amended complaint (document nos. 1 and 8) are hereby dismissed in their entirety, and his request for a preliminary injunction is denied. The Clerk of Court

shall enter judgment in accordance with this order and close the case.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
United States District Judge

Date: September 25, 2017

cc: Jerome L. Grimes, pro se